## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:15-cv-00583-23-TBM

TOBY MARTINI,
      Plaintiff,

v.

BANK OF AMERICA, N.A.,
      Defendants.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED FINAL ORDER OF DISMISSAL WITH PREJUDICE (PER COURT ORDER CLOSING CASE, ECF NO. 71)

Plaintiff, Toby Martini, and Defendant, Bank of America, N.A.(the "Parties"), by and through the undersigned counsel of record, pursuant to this Court's December 21, 2015 Order closing case, ECF No. 71 (and providing the parties with 60 days to, *inter alia*, file a proposed final Order), and consistent with Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Local Rule 3.08, and the Parties' written confidential Settlement Agreement and Release, hereby stipulate: (1) that the matter pending between them has been amicably settled and resolved pursuant to the settlement documents between these Parties, and (2) that the Plaintiff's pleadings and claims in this lawsuit shall be dismissed with prejudice against Bank of America, N.A.

It is further stipulated by these Parties that each party to this lawsuit shall bear his/its own attorneys' fees and costs as to the Plaintiff's claims herein, and that they jointly request that this Court: dismiss Plaintiff's pleadings and claims with prejudice (with each party to bear his/its own attorneys' fees and costs) and retain jurisdiction to enforce the terms of the confidential Settlement Agreement and Release ("Settlement Agreement") and related settlement documentation between the Parties to this Joint Stipulation.   The attached proposed final Order of Dismissal with

CASE NO.: 8:15-cv-00583-23-TBM
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND
PROPOSED FINAL ORDER
Prejudice is incorporated by reference herein.

Dated: January 11, 2016

| | |
|---|---|
| W. John Gadd, Esq.<br>**Employment, Injury, & Aviation Law Center, P.A.**<br>Bank of America Building<br>2727 Ulmerton Road<br>Suite 250<br>Clearwater, FL 33762<br>*Attorneys for Plaintiff*<br><br>And<br><br>Lisa R. Wilcox, Esq.<br>**Wilcox Law, P.A.**<br>721 1st Avenue North, Ste. 100<br>St Petersburg, FL 33701-3603<br>*Co-Counsel for Plaintiff*<br><br>By:  *Lisa Wilcox*<br>Lisa R. Wilcox<br>Florida Bar No. 697291<br>lisa@wilcoxlawpa.com | **LIEBLER, GONZALEZ & PORTUONDO**<br>Courthouse Tower - 25th Floor<br>44 West Flagler Street<br>Miami, Florida 33130<br>*Attorneys for Defendant*<br><br>By   *Marc T. Parrino*<br>DORA F. KAUFMAN<br>Florida Bar No. 771244<br>dfk@lgplaw.com<br>MARC T. PARRINO<br>Florida Bar No. 0018197<br>mtp@lgplaw.com<br>LAUREN A. MARSICANO<br>Florida Bar Number: 105361<br>lam@lgplaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21 day of January 2016, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  *Marc T. Parrino for*
DORA F. KAUFMAN