UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TOBY MARTINI,

    Plaintiff,

v.                                CASE NO. 8:15-cv-583-T-23TBM

BANK OF AMERICA,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 74), this action is **DISMISSED WITH PREJUDICE**. The parties' request that this court retain jurisdiction to enforce the parties' settlement is **DENIED**.

ORDERED in Tampa, Florida, on January 25, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE